UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2014 APR 16 P 4: 22

Ioannis & Despina Asaridis

**Plaintiff**                    Civil Action No. 1:14-cv-10417-NMG

V.
Weinstein et al

**Defendants**

# MOTION FOR CLERKS DEFAULT

It appearing that the complaint was filed in this case on 02/25/2014 and that the summons and complaint were duly served upon the defendant Bank of America, Chase, Efficient Excavating, Inc. on March 21, 2014 and the answers were due on April 8, 2013
and no answer or other pleading has been filed by said defendants Bank of America, Chase, or Efficient Excavating as required by law.

Therefore plaintiffs Ioannis & Despina & Asaridis request clerks default be entered against the defendants Bank of America, Chase, and Efficient Excavating provided in Rule 55(a), Federal Rules of Civil Procedure.

Dated April 16, 2014
Respectfully Submitted,

Despina & Ioannis Asaridis
Plaintiff

**Defendants**
Bank of America
Efficient Excavating, Inc.
Chase
Eric Weinstein
Eric Weinstein

**Attorney Dennis C. Carter** for Eric Weinstein

Carter & Doyle LLP
430 Bedford Street
Suite 195
Lexington, MA 02420
781-861-0064
Fax: 781-861-0065
Email: dcarter@carterdoyle.com

## CERTIFICATE OF SERVICE

I the Plaintiffs hereby certify that a true and correct copy of the foregoing have been emailed & mailed to all the defendants in the above court action and case on this 16th day of April 2014.

Respectfully Submitted,

Despina & Ioannis Asaridis

Defendants

Bank of America
Efficient Excavating, Inc.
Chase
Eric Weinstein

**Attorney Dennis C. Carter** For Eric Weinstein

Carter & Doyle LLP

430 Bedford Street

Suite 195

Lexington, MA 02420

781-861-0064

Fax: 781-861-0065

Email: dcarter@carterdoyle.com