UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Despina & Ioannis Asaridis

Plaintiff                          Civil Action No. **1:14-cv-10417-NMG**

V.

Weinstein et al

## **REQUEST FOR EXTENTION**

Plaintiff requests an extension to answer defendant Eric Weinstein Motion to dismiss for lack of

Jurisdiction propounded by his attorney Dennis C. Carter.

Plaintiff request the court for a 14 day extension plaintiff has emailed defendants attorney but

has not heard back as of today April 18, 2014.

Respectfully submitted,

Despina Asardis
Ioannis Asardis
20 Christina Drive
Walpole, Ma 02082
d.asaridis20@verizon.net

**Dennis C. Carter**
Carter & Doyle LLP
430 Bedford Street
Suite 195
Lexington, MA 02420
781-861-0064

Fax: 781-861-0065
Email: dcarter@carterdoyle.com

Bank of America (BOA
 PO BOX 982238,
EL PASO TX 79998.
Chase
P.O Box 15298
 WILMINGTON DE 19850.

Efficient Excavating, Inc.
Attn: Tammy N. Garner
792 Oak Street
Brockton, MA

## CERTIFICAT OF SERVICE

I the plaintiff certify that I have mailed a copy to each defendant in the above action by USPS

fist class mail on this 18th day of April 2014.

Respectfully submitted,

Despina Asardis
Ioannis Asardis
20 Christina Drive
Walpole, Ma 02082
d.asaridis20@verizon.net

**Dennis C. Carter**
Carter & Doyle LLP
430 Bedford Street
Suite 195
Lexington, MA 02420
781-861-0064
Fax: 781-861-0065
Email: dcarter@carterdoyle.com

Bank of America (BOA
 PO BOX 982238,
EL PASO TX 79998.
Chase
P.O Box 15298
 WILMINGTON DE 19850.

Efficient Excavating, Inc.
Attn: Tammy N. Garner
792 Oak Street
Brockton, MA