# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESPINA ASARIDIS and IOANNIS ASARIDIS, | : : : |
| Plaintiffs, | : : Civ. Act. No.: 1:14-cv-10417-NMG |
| vs. | : : |
| BANK OF AMERICA, et al., | : : |
| Defendants. | : : |

**DEFENDANT FIA CARD SERVICES, N.A.'S MOTION FOR LEAVE TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT (TO THE EXTENT THE ANSWER IS OUT OF TIME, WHICH FIA DENIES, AND THE COURT DETERMINES THAT LEAVE IS NECESSARY)**

Defendant FIA Card Services, N.A. (incorrectly identified as Bank of America) (hereinafter "Defendant" or "FIA") respectfully moves this Court for leave to file an Answer to Plaintiffs' First Amended Complaint, to the extent the Answer is out of time, which FIA denies, and the Court determines that leave is necessary.

In support of its Motion, Defendant hereby incorporates by reference the attached Memorandum of Law, along with supporting exhibit(s).

WHEREFORE, Defendant FIA Card Services, N.A. respectfully requests leave to file an Answer to Plaintiffs' First Amended Complaint, to the extent the Answer is out of time, which FIA denies, and the Court determines that leave is necessary.

Respectfully submitted,

Defendant,
FIA CARD SERVICES, N.A.
(IMPROPERLY NAMED AS BANK OF AMERICA),
By its attorneys,


 /s/ Erik J. Tomberg
Erik J. Tomberg, BBO #669413
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street
Boston, MA 02110
(617) 422-5429
Erik.Tomberg@wilsonelser.com

Dated: May 7, 2014

### CERTIFICATE OF SERVICE

I, Erik J. Tomberg, hereby certify that, on this 7th day of May, 2014, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail, postage prepaid, on those indicated as non-registered participants, as follows:

Joannis Asaridis
Despina Asaridis
20 Christina Drive
Walpole, MA 02082

 /s/ Erik J. Tomberg
Erik J. Tomberg

1032507v.1