UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 14-10417-NMG

Despina Asaridis, et al

v.

Eric M. Weinstein, et al

## ORDER OF RECUSAL

GORTON, U.S.D.J.

    Pursuant to 28, U.S.C., Section 455 , I hereby recuse myself from any further proceedings in the above-entitled case.

    /s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

June 3, 2014

To: All Counsel