UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESPINA ASARIDIS and IOANNIS ASARIDIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC M. WEINSTEIN, et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*  Civil Action No. 14-cv-10417-IT<br>*<br>*<br>*<br>*<br>* |

ORDER

July 21, 2014

TALWANI, D.J.

    Having reviewed the magistrate judge's Report and Recommendation [#40] and there being no objections thereto, this court hereby ACCEPTS and ADOPTS the recommendation. Defendants Eric Weinstein and Tailored Tax Center's Motion to Dismiss [#10] is ALLOWED. Additionally, this court dismisses Plaintiffs' claims against Defendant Efficient Excavating, Inc. for lack of subject matter jurisdiction.

IT IS SO ORDERED.

                                                      /s/ Indira Talwani
                                                  United States District Judge