UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESPINA ASARIDIS and IOANNIS ASARIDIS, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC M. WEINSTEIN, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * Civil Action No. 14-cv-10417-IT <br> * <br> * <br> * <br> * <br> * |

ORDER

July 21, 2014

TALWANI, D.J.

Having also reviewed the magistrate judge's Report and Recommendation [#41] and there similarly being no objections filed, this court ACCEPTS and ADOPTS the recommendation. Accordingly, Plaintiffs' Motion for Entry of Default Judgment [#20] is DENIED because neither Chase nor Bank of America ("the banks") was properly served with process. Defendant FIA Card Services, N.A.'s Motion for Leave to File [#26] is DENIED AS MOOT because the banks may file responsive pleadings after they are properly served. Plaintiffs shall complete service of process no later than August 18, 2014.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge